### 12858.  WADE v. THE STATE.

BROYLES, C. J. 1. The accused was charged with rape and found guilty of an assault with intent to rape. The evidence showed that the female in question was under fourteen years of age. Under the ruling in *Todd* v. *State*, 25 *Ga. App.* 411 (103 S. E. 496), the court did not err in failing to instruct the jury that they could, if they saw fit, recommend that the defendant be punished as for a misdemeanor.

2. In a case where a defendant is convicted of an assault with intent to rape, it is not essential that the testimony of the female in question be corroborated. *Rivers* v. *State*, 8 *Ga. App.* 703 (2) (70 S. E. 50), and citation. This rule was not changed by the act of the General Assembly of Georgia approved July 31, 1918 (Ga. L. 1918, p. 259). That act provides that no conviction shall be had for *rape* on the unsupported testimony of the female in question, but there is no such provision as to an assault with intent to rape.

3. Under the above rulings, none of the special grounds of the amendment to the motion for a new trial is meritorious; the verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 17, 1921.

Indictment for rape; from Worth superior court — Judge Eve. August 18, 1921.

*Perry & Tipton,* for plaintiff in error.

*R. S. Foy, solicitor-general,* contra.

---

### 12863.  FOSTER *et al.* v. THE STATE.

LUKE, J. The defendants were convicted of the offens- of robbery by force. The evidence fully authorized the verdict. The excerpts from the charge of the court, as complained of, were not erroneous for any reason assigned. The exception to the refusal of the court to give certain requested instructions to the jury cannot be considered, as it does not appear that the request was tendered to the court before the jury retired to consider their verdict. It was not error to overrule the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 17, 1921.

Indictment for robbery; from Fulton superior court — Judge Humphries.  July 30, 1921.

*Edgar Latham, C. Don Miller, J. O. Ewing,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.